# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 21-04028 |
| | ) | |
| THERESA M JAMES | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable LaShonda A. Hunt |
| | ) | (Joliet) |
| | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Trustee hereby withdraws the TRUSTEE'S MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1, [Calendar Entry 11] (the "Motion"), currently scheduled for hearing on **July 30, 2021 at 9:15 a.m.**, before the Honorable LaShonda A. Hunt, or whomever may be sitting in her place and stead, and asks that the Motion be stricken from the Court's calendar.

Date: July 28, 2021

                                                    */s/ Joji Takada*
                                                    Bankruptcy Trustee

Prepared by:

JOJI TAKADA
Takada Law Office, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888